```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

**MICHAEL A. BALL,**

      Petitioner,                             **CASE NO. 2:09-CV-480**
                                                   **JUDGE SMITH**
    v.                                        **MAGISTRATE JUDGE KING**

**ROBIN KNAB, WARDEN,**

      Respondent.

## ORDER

On October 12, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the petition for habeas corpus relief under 28 U.S.C. §2254 be dismissed. *Report and Recommendation,* Doc. No. 20. Although the parties were advised of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is **ADOPTED AND AFFIRMED**. The petition is **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this action.

                                                    *s/George C. Smith*
                                                 **GEORGE C. SMITH, JUDGE**
                                                 **UNITED STATES DISTRICT COURT**